■ BRIGITTE M. GARRISON-HORGAN, Appellant, v FRANCIS J. HORGAN, JR., Respondent. (Appeal No. 2.) [710 NYS2d 284] —Appeal from order insofar as it denied that part of motion seeking to modify second decretal paragraph of amended judgment unanimously dismissed as moot (*see, Garrison-Horgan v Horgan*, 273 AD2d 846 [decided herewith]) and order affirmed without costs. (Appeal from Order of Supreme Court, Oneida County,

Tenney, J.—Vacate Judgment.) Present—Pigott, Jr., P. J., Pine, Hurlbutt and Lawton, JJ.